## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**United States of America,**

       **Plaintiff,**

**v.**                                        **Case No. 15-20003-JWL**

**Landein Craddock and Jerome Davis,**

       **Defendants.**

### <u>MEMORANDUM AND ORDER</u>

In December 2021, the court issued an order granting defendant Davis's motion for order concerning restitution payments in this case and, in January 2022, directed the government to take certain steps to disburse and refund monies related to the restitution judgments.  On March 23, 2022, the government filed its final status report indicating that all monies have been disbursed and refunded as directed by the court and that the restitution judgments against defendants Davis and Craddock have been paid in full.  The government has also stated that the BOP has been notified of the satisfaction of the restitution judgments.

This matter is now before the court on defendant Davis's motion for order (doc. 98) asking the court to advise the BOP that his restitution judgment has been satisfied and that it should cease deducting funds from his account.  The court questions whether it has jurisdiction to order the BOP, a non-party in the case, to take or cease from taking any action with respect to the restitution judgments.  In any event, the motion is denied as moot because the government has notified the BOP that defendant's restitution judgment has been satisfied.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant Davis's motion for order (doc. 98) is denied as moot.

**IT IS SO ORDERED.**

Dated this ____6th____ day of April, 2022, at Kansas City, Kansas.

s/ John W. Lungstrum
_____
John W. Lungstrum
United States District Judge

2